RENTON PROPERTIES, LLC

VERSUS

213 UPLAND, LLC, ET AL.

NO. 22-C-360

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

August 05, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** R. LEWIS MCHENRY, LORI MARSHALL, AND ROBIN RIVIERE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 775-357

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT GRANTED**

Relators seek review of the trial court's judgment dated August 4, 2022 granting the (1) "Motion for Issuance of a Subpoena for Appearance and Testimony of Robin Reviere [sic] and Lori Marshall at Trial Pursuant to LA C.E. Art. 508" and (2) "Motion for Issuance of a Subpoena for Appearance and Testimony of Lewis McHenry and for the Production of Certain Documents in His Possession at Trial Pursuant to LA C.E. Art. 508" filed by plaintiff, Renton Properties, LLC. For the reasons that follow this writ application is granted.

Relator, Lewis McHenry, represented 213 Upland, LCC, in connection with a real estate transaction with the respondent. Relators Robin Riviere and Lori Marshall are non-lawyer members of his legal staff. 213 Upland, LLC, was sued by the respondent for specific performance of an agreement to purchase and sell property. Respondent filed an amending petition including Mr. McHenry as a defendant in the lawsuit. Mr. McHenry was later dismissed from the lawsuit when this Court granted his motion for summary judgment and dismissed all of Renton's claims against him, with prejudice. Renton Properties, LLC v. 213 Upland, LLC, 20-133 (La. App. 5 Cir. 10/5/20), 304 So. 3d 1083, 1097, writ denied, 20-1395 (La. 1/26/21), 309 So. 3d 345.

Respondent then sought to have Mr. McHenry testify at a hearing in this matter. Finding that the trial court abused its discretion by denying Mr. McHenry's motion to quash the subpoena compelling his testimony, this Court

granted Mr. McHenry's writ application, reversed the trial court's denial of Mr. Lewis' motion to quash, and rendered judgment quashing the subpoena compelling the testimony of Mr. McHenry at the hearing in this matter. <u>Renton Properties, LLC v. 213 Upland, LLC</u>, 21-734 (La. App. 5 Cir. 2/4/22), 2022 WL 533343.

On July 7, 2022, respondent filed a motion requesting the issuance of a subpoena for the appearance and testimony of Mr. McHenry and for the production of documents in his possession at the trial in this matter set for August 8, 2022. On that same date, respondent filed a motion for issuance of subpoenas for the appearance and testimony of Robin Riviere and Lori Marshall, non-lawyer members of Mr. McHenry's legal staff, at the trial in this matter set for August 8, 2022. In requesting the issuance of these subpoenas, respondent argued that the matter for which they sought testimony and documents was not privileged, the subpoenas provide evidence essential to the case for which there is no practicable alternative means of obtaining the evidence, what is sought is reasonably limited to subject matter and time period, and the subpoenas are not interposed to harass Mr. McHenry, Ms. Riviere, and Ms. Marshall. Respondent argued that these subpoenas were in compliance with La. C.E. art. 508.

In Writ No. 21-C-734, <u>supra,</u> this Court found that the trial court erred in holding that respondent was not calling Mr. McHenry to testify in his capacity as an attorney, but his role as a notary, which does not have the same protection as a lawyer under La. C.E. art. 508. The same holds true in the subpoenas requested that form the basis of this writ application. Hence, article 508 applies.

Although the trial court has held a hearing pursuant to La. C.C. P. Art. 508A, the judgment does not state that there has been a determination by the trial court that the information sought satisfies all five of article 508A's criteria, as the article requires. Nor do we have a transcript showing that the court has affirmatively made those determinations.

The subpoenas attached to the motions for issuance of the subpoenas do not contain any subject or time restrictions. In addition, the trial court's judgment orders "the production of certain documents in [Mr. Lewis'] possession" but does not describe these documents with any particularity and does not contain any language to protect any privileged documents. Further, the trial court's order does not take into account that there are other means by which respondent can present this information at trial, in violation of the requirement in article 508 that "there is no practicable alternative means" to present this information.

With regard to the subpoenas for Ms. Riviere and Ms. Marshall, non-lawyer members of Mr. McHenry's staff, they are entitled to some protections under La. C.E. art. 508 via La. C.E. art. 506A(4), as "representatives of the lawyer." The writ application reflects that respondents are in possession of the videotaped depositions of Ms. Riviere and Ms. Marshall. Hence, the information requested from Ms. Riviere and Ms. Marshall is available by alternative means.

For the foregoing reasons, this writ application is granted. The portion of the August 4, 2022 judgment granting (1) the "Motion for Issuance of a Subpoena for Appearance and Testimony of Robin Reviere [sic] and Lori Marshall at Trial…" and (2) the "Motion for Issuance of a Subpoena for Appearance and Testimony of Lewis McHenry and for the Production of Certain Documents in His

Possession at Trial" is vacated and set aside.  This matter is remanded for further proceedings consistent with this writ disposition.

Gretna, Louisiana, this 5th day of August, 2022.

**JJM**
**MEJ**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/05/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-360**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)

Eva J. Dossier (Relator)
Jefferson R. Tillery (Respondent)
Robert L. Raymond (Respondent)
Gerald A. Melchiode (Respondent)
Michael E. Botnick (Respondent)
James M. Garner (Respondent)

Richard C. Stanley (Relator)
Elwood F. Cahill, Jr. (Respondent)
Matthew J. Paul (Relator)
Howard E. Sinor, Jr. (Respondent)
John T. Balhoff, II (Respondent)
Brian G. LeBon, Jr. (Respondent)
Micah C. Zeno (Respondent)
Sara E. Huffman (Respondent)

### MAILED

Michael S. Ricci (Respondent)
Jonathan L. Schultis (Respondent)
Attorneys at Law
101 West Robert E. Lee Boulevard
Suite 400
New Orleans, LA 70124

C. Barrett Rice (Respondent)
Heather K. Trosclair (Respondent)
Attorney at Law
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

James J. Reeves, II (Respondent)
Attorney at Law
639 Loyola Avenue
Suite 2550
New Orleans, LA 70113

Christian Chaney (Relator)
Attorney at Law
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Melissa R. Harris (Respondent)
Attorney at Law
909 Poydras Street
Suite 2800
New Orleans, LA 70112

8/8/22

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James J. Reeves, II
Attorney at Law
639 Loyola Ave Suite 2550
New Orleans, LA 70113
22-C-360                   08-08-22

9590 9402 2434 6249 3625 22

7016 2070 0000 0954 5727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
James J. Reeves                     8-10-22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

8/8/22



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christian Chaney
Attorney at Law
909 Poydras St. Suite 2500
New Orleans, LA 70112
22-C-360                    08-08-22

9590 9402 2434 6249 3645 64

7016 2070 0000 0954 5710

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☑ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
Christian Chaney                     8/10/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

8/8/22

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Michael S. Ricci
Jonathan L. Schultis
Attorneys at Law
101 West Robert E. Lee Blvd. Suite 400
New Orleans, LA 70124
22-C-360          08-08-22

9590 9402 2434 6249 3625 46

7016 2070 0000 0954 5741

A. Signature
x D. Schin
☐ Agent
☐ Addressee

B. Received by (Printed Name)
B. Schiro

C. Date of Delivery
8/11/22

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Heather K. Trosclair
C. Barrett Rice
Attorneys at Law
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
22-C-360                    08-08-22

9590 9402 2434 6249 3625 53

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5758

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
● Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

8/8/22

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Melissa R. Harris
Attorney at Law
909 Poydras Street Suite 2800
New Orleans, LA 70112
22-C-360                    08-08-22

9590 9402 2434 6249 3625 39

7016 2070 0000 0954 5734

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt